# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. PANDOL, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> PANDOL BROS. INC., <br><br> Defendant/Counterclaimant. | Case No.: 1:13-cv-01488  JLT <br><br> ORDER OF DISMISSAL <br><br> (Doc. 31) |

On June 20, 2014, the parties filed a request for dismissal of the matter with prejudice. (Doc. 31) Therefore, good cause appearing the Court ORDERS:

1. The matter is **DISMISSED WITH PREJUDICE**;

2. The Court retains jurisdiction over the matter for purposes of enforcement of the stipulated injunction (Doc. 30);

3. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: **June 26, 2014**         **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

1